UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAESAR AL-MARTIN ADAMSON,<br><br>　　　　　　　Petitioner,<br>　v.<br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00474-MMD-WGC<br><br>ORDER |

Petitioner Caesar Al-Martin Adamson has submitted three different pleadings to the Court: a motion to vacate sentence under 28 U.S.C. § 2255 (ECF No. 1-1), a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 3-1), and a petition for a writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 4). None of these pleadings state a cognizable claim for which this Court could grant Adamson relief. Also, each pleading seeks a remedy that is exclusive of the other two. So even if Adamson can assert grounds for relief under either 42 U.S.C. § 1983 or 28 U.S.C. § 2254, the Court cannot entertain both causes of action in a single case.[1]

In addition, this matter has not been properly commenced because Adamson has not paid a filing fee or filed a motion to proceed *in forma pauperis* that includes all required attachments. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, Adamson must attach both an inmate account statement for the past six months and a properly executed financial certificate. Adamson has not complied with either requirement. Thus, his *in forma pauperis* application (ECF No. 3) is incomplete.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 3) is denied.

---

[1] A motion to vacate sentence under 28 U.S.C. § 2255 is available only to federal prisoners. Petitioner is a prisoner of the State of Nevada.

It is further ordered that this action is dismissed without prejudice. If Adamson wishes to pursue either his § 2255, § 2254, or § 1983 claims, he must file a new cause of action in a new proceeding with an *in forma pauperis* application on the proper form with all required attachments.

It is further ordered that a certificate of appealability is denied as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 24th Day of November 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE