UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CAESAR AL-MARTIN ADAMSON,

                                    Petitioner,

    v.

UNITED STATES OF AMERICA,

                                    Respondent.

Case No. 3:21-cv-00474-MMD-WGC

ORDER

Petitioner Caesar Al-Martin Adamson has submitted a partially completed form for a petition for a writ of habeas corpus under 28 U.S.C. § 2254, with the word "reopen" and the case number in the caption. (ECF No. 10.)  For reasons that follow, the Court will order the Clerk of Court to strike it from the docket.

In November 2021, the Court dismissed this case because Petitioner had not paid a filing fee or filed a motion to proceed *in forma pauperis*. (ECF No. 5.) The Court also noted that Petitioner had submitted three different pleadings to the Court: a motion to vacate sentence under 28 U.S.C. § 2255 (ECF No. 1-1), a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 3-1), and a petition for a writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 4), none of which stated a cognizable claim for which the Court could grant relief.

Arriving almost 15 months after entry of judgment, Petitioner's newly submitted pleading is indecipherable as to his grounds for relief. In addition, Petitioner has not cured the defect plaguing his prior submission by paying the filing fee or filing a motion to

proceed *in forma pauperis*. In sum, the pleading is a rogue document that is not properly filed.

The Court directs the Clerk of Court to strike ECF No. 10 from the docket. The Court also advises Petitioner that this case is closed. If he wishes to seek habeas relief, Petitioner must initiate a new action by submitting a fully completed and understandable petition on the Court's approved form, accompanied by either the filing fee ($5.00) or a fully-completed motion to proceed *in forma pauperis* with all the required attachments.

DATED THIS 22nd Day of March 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE